**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Karamjit Singh,

Petitioner,

v.

Chief Counsel for the District of Nevada DHS ICE,

Respondents.

Case No. 2:26-CV-02371-GMN-NJK

**ORDER**

**IT IS HEREBY ORDERED** that the Amended Petition currently due August 19, 2026, now is due September 2, 2026, the Government's Response to the Amended Petition is due September 9, 2026, and Petitioner's Reply is due September 16, 2026.

**DATED** this 20 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT