RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha_Matthews@fd.org

*Attorney for Petitioner Karamjit Singh

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Karamjit Singh,

Petitioner,

v.

Chief Counsel for the District of Nevada DHS ICE,

Respondents.

Case No. 2:26-cv-02371-GMN-NJK

**Stipulation to Continue Deadline to File Amended Petition**

**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Russell Webb, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Karamjit Singh, that the briefing schedule in this case be extended by 10 days. Thus, the deadline to file the amended petition would be extended to September 14, 2026, the Government's Response to Amended Petition would be due September 21, 2026, and Petitioner's Reply would be due September 28, 2026.

The Stipulation is entered into for the following reasons:

1. Respondents' counsel needs additional time to pass the audio recording of the Petitioner's detention hearing.

2. The petitioner is detained and does not object to the continuance.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 1st day of September, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Russell Webb*<br>RUSSELL WEBB<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Karamjit Singh,

Petitioner,

v.

Chief Counsel for the District of Nevada DHS ICE,

Respondents.

Case No. 2:26-cv-02371-GMN-NJK

**Order**

**IT IS HEREBY ORDERED** that the Amended currently due September 2, 2026 now is due September 14, 2026, the Government's Response to Amended Petition is due September 21, 2026 and Petitioner's Reply is due September 28, 2026.

**DATED** this 1 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT